IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHALETHA PAGE                                                                                    PLAINTIFFS
*Individually and on behalf of her*
*minor children K.K. and H.M.*

V.                                                            CIVIL ACTION NO. 3:18-CV-1-SA-JMV

JNJ EXPRESS, INC., and
CHEROKEE INSURANCE COMPANY                                                     DEFENDANTS

## ORDER

Now before the Court is the Plaintiffs' Motion to Dismiss [24] Defendant Cherokee Insurance Company without prejudice. The Plaintiffs advised the Court that the Defendants do not oppose the dismissal. The Court finds the Plaintiffs' request for voluntary dismissal well taken and it is GRANTED. *See* FED. R. CIV. P. 41(a)(2). Defendant Cherokee Insurance Company is DISMISSED from this action without prejudice.

SO ORDERED on this the 21st day of February, 2018.

                                                         /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE