UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| SHALETHA PAGE, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN K.K. AND H.M. | * * * * | CIVIL ACTION NO.: 3:18-cv-00001 JUDGE: SHARION AYCOCK |
| VERSUS | * * * | MAGISTRATE: JANE M. VIRDEN OXFORD DIVISION |
| JNJ EXPRESS, INC AND CHEROKEE INSURANCE COMPANY | * * | |

## ORDER OF DISMISSAL

Considering the above and foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff, Shaletha Page, individually and on behalf of her minor children K.K. and H.M., in the above entitled and numbered cause against all Defendants, be and the same are dismissed, with prejudice, each party to bear their own costs.

Oxford, Mississippi this 19TH day of February, 2019.

_____
**JUDGE**